United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Stephen J. Love
            Debtor

Case No. 17-17276-elf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Mar 15, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
db              +Stephen J. Love,    1111 Fox Chase Rd.,   Rydal, PA 19046-3323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net,   J100@ecfcbis.com
          CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
           J100@ecfcbis.com
          JON M. ADELSTEIN    on behalf of Debtor Stephen J. Love jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          KEVIN G. MCDONALD    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee
           for Structured Asset Mortgage Investments II Inc., Bear Stearns Mortgage Funding Trust 2006-AR3,
           Mortgage Pass-Through Certificates, Series 2006-AR3 KMcDonald@blankrome.com
          REBECCA ANN SOLARZ    on behalf of Creditor   E Trade Bank bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                         TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Stephen J. Love dba Lovemore Enterprises<br>                                        Debtor(s) | CHAPTER 7 |
| Specialized Loan Servicing LLC, as servicer for<br>E*Trade Bank<br>                                        Movant<br>        vs. | NO. 17-17276 elf |
| Stephen J. Love dba Lovemore Enterprises<br>                                        Debtor(s) | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.<br>                                        Trustee | |

### ORDER

AND NOW, this  14th  day of  March  , 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under  11 U.S.C. Section 362), is modified with respect to the subject premises located at 1111 Fox Chase Rd. , Jenkintown, PA 19046 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**