United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17276-elf
Stephen J. Love                                                         Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: Antoinett   Page 1 of 1   Date Rcvd: May 14, 2018
                            Form ID: 195   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2018.
db           +Stephen J. Love,    1111 Fox Chase Rd.,    Rydal, PA 19046-3323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2018 at the address(es) listed below:
        CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
        CHRISTINE C. SHUBERT   on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
        J100@ecfcbis.com
        JON M. ADELSTEIN    on behalf of Debtor Stephen J. Love jadelstein@adelsteinkaliner.com,
        jsbamford@adelsteinkaliner.com
        KEVIN G. MCDONALD    on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee
        for Structured Asset Mortgage Investments II Inc., Bear Stearns Mortgage Funding Trust 2006-AR3,
        Mortgage Pass-Through Certificates, Series 2006-AR3 bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor   E Trade Bank bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Stephen J. Love : Case No. 17−17276−elf
      Debtor(s)

## *ORDER*
_____

    AND NOW, this day , 14th day of May, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

26
Form 195